AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| BILLY J. HOLLAND | CASE NUMBER: MJ 11-0001-M |
| | USM NUMBER: |
| | PRO SE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  Violation No. W0929572

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC 460k | Fraud by Statement | 10/23/10 | |
| 50 CFR 27.84 | | | |

☑ Count(s) Violation No. W0929570   ☑ is  ☐ are  dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** 160.00 | $ 10.00 | $ 125.00 | $ 25.00 |

Defendant's Soc. Sec. No.: ###-##-7121

Defendant's Date of Birth: 12/21/1976

Defendant's Residence Address:
107 W. Jackson Street
Summerdale, AL  36580

Defendant's Mailing Address:

January 12, 2011
Date of Imposition of Judgment

s/Bert W. Milling, Jr.
Signature of Judge

United States Magistrate Judge
Name and Title of Judge

January 13, 2011
Date